**B. H. Deacon Co., Inc., Plaintiff-Appellee, v. E. C. Smith Mfg. Corp., Defendant-Appellant.**

**Gen. No. 48,410.**

First District, Second Division.

January 30, 1962.

Damon, Hayes, Hoban, and Shaheen, of Chicago (Bernard Hoban and Raymond Shaheen, of counsel), for appellant; Rappaport, Clorfene & Rappaport, of Chicago (Hamilton Clorfene, of counsel), for appellee. Opinion by MR. PRESIDING JUSTICE FRIEND. Not to be published in full.